# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-20673 |
| | 16-20674 |
| Plaintiff, | 16-20675 |
| -vs- | Hon. Terrence G. Berg |
| MARK INGRAM, | |
| Defendant. | |
| _____/ | |

## ORDER GRANTING EMERGENCY MOTION TO PROVIDE ADDITIONAL INFORMATION IN JUDGMENT AND TO EXTEND REPORTING DATE TO PERMIT BUREAU OF PRISONS TO REDESIGNATE DEFENDANT

Based upon Defendant's Motion:

IT IS HEREBY ORDERED that the Defendant shall submit additional medical information to the Court to support his request for redesignation to a medical facility, the Court shall add the additional medical information to the Statement of Reasons and reissue the Judgment, provide copies to the United States Marshal, the Probation Department, and the Bureau of Prisons, and the Bureau of Prisons shall consider the new medical information to determine whether to redesignate Mr. Ingram to a medical facility.

IT IS FURTHER ORDERED that Mr. Ingram shall self surrender to the Bureau of Prisons on a date after September 3, 2019 at noon.

IT IS FURTHER ORDERED that there will be no further extensions of Mr. Ingram's self surrender date to the Bureau of Prisons.

/s/Terrence G. Berg  
Honorable Terrence Berg  
United States District Judge

Dated: June 27, 2019