# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,   CASE No.   16-20673
                                                           16-20674
    Plaintiff,                                    16-20675

-vs-                                                    Hon. Terrence G. Berg

MARK INGRAM,

    Defendant.
_____/

## DEFENDANT'S NOTICE TO WITHDRAW MOTION TO MODIFY JUDGMENT OF SENTENCE WITHOUT PREJUDICE

After confirming with Assistant United States Attorney Blaine T. Longstworth that the Bureau of Prisons has approved Defendant for home confinement, Defendant has agreed to withdraw the instant motion to Modify Judgment of Sentence (Doc. #22) as said motion has become moot. Defendant reserves the right to re-file the motion should it become necessary.

Respectfully submitted,

ALLEN BROTHERS, PLLC

*/s/ David W. Jones*
David W. Jones (P57103)
Attorney for Defendant
400 Monroe Street, Suite 620
Detroit, MI 48226
(313) 962-7777

Dated: April 15, 2020                   djones@allenrbrotherspllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

/s/Tara Kendrick
400 Monroe Street, Suite 620
Detroit, MI 48226
(313) 962-7777
tkendrick@allenbrotherspllc.com